UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARK J. SULLIVAN**
**2401 CALVERT STREET, NW #222**
**WASHINGTON, DC 20008**

    PLAINTIFF,

V.

**PLAZA CONSTRUCTION, LLC**
**1065 AVENUE OF THE AMERICAS**
**NEW YORK, NEW YORK 10018,**

**PLAZA CONSTRUCTION DC, LLC**
**1065 AVENUE OF THE AMERICAS**
**NEW YORK, NEW YORK 10018,**

**AND**

**JASON L. GREAVES**
**3703 WALTERS LANE**
**DISTRICT HEIGHTS, MD 20747**

    DEFENDANTS.

**CASE NO. 20-578**

## NOTICE OF REMOVAL

COMES NOW, Defendants Plaza Construction, LLC, Plaza Construction DC, LLC, and Jason L. Greaves (collectively referred to herein as "Defendants"), by and through their attorneys, Justin M. Flint, Abby A. Franke, and Eccleston and Wolf, P.C., hereby file its Notice of Removal of the above-captioned action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1332, 1441, and 1446, and in support thereof state as follows:

1.    The Plaintiff Mark J. Sullivan, who is a citizen of the District of Columbia, filed a Complaint in the Superior Court for the District of Columbia against Defendants, in the matter styled as *Sullivan v. Greaves, et al.*, Case No. 2019 CA 008236 B. The sum demanded in the Complaint is "in excess of Five Million Dollars ($5,000,000.00)…." *See* Compl. pgs. 4-6.

2. "An individual has citizenship in a state for diversity purposes if he is an American citizen and is domiciled in the state." *CostCommand, LLC v. WH Administrators, Inc.*, 820 F.3d 19, 21 (D.C. Cir. 2016). "Unincorporated associations, including LLCs, have the citizenship of each of their members." *Id*. "A corporation is a citizen of its place or places of incorporation, as well as its principal place of business." *Id*.

3. Defendant Plaza Construction, LLC, is a Delaware limited liability company. Plaza Group Holding, LLC is the sole member of Defendant Plaza Construction, LLC. Richard Wood, a citizen of New York, and China Construction America, Inc. are the two (2) members of Plaza Group Holding, LLC. China Construction America Inc. is a Delaware corporation with its principal place of business in New Jersey. Therefore, Defendant Plaza Construction, LLC, is a citizen of New York, Delaware, and New Jersey.

4. Defendant Plaza Construction DC, LLC is a Delaware limited liability company. Plaza Construction Holding Company, LLC is the sole member of Defendant Plaza Construction DC, LLC. Plaza Group Holding, LLC is the sole member of Defendant Plaza Construction Holding Company, LLC. Richard Wood, a citizen of New York, and China Construction America, Inc. are the two (2) members of Plaza Group Holding, LLC. China Construction America Inc. is a Delaware corporation with its principal place of business in New Jersey. Therefore, Defendant Plaza Construction DC, LLC, is a citizen of New York, Delaware, and New Jersey.

5. Defendant Greaves is a citizen of Maryland.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States…." 28 U.S.C. § 1332(a)(1).

7. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a) because this case falls within this Honorable Court's original jurisdiction.

8. Defendants Plaza Construction, LLC and Plaza Construction DC, LLC, were served on February 7, 2020.  Defendant Greaves was served on February 10, 2020.  As a result, the instant Notice of Removal is being filed within 30 days of service pursuant to 28 U.S.C. § 1446(b)(1).  A copy of all process, pleadings and orders served upon, or filed by Defendants is attached hereto as Exhibit 1 pursuant to 28 U.S.C. § 1446(a).

9. Defendants will provide Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).  In addition, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court for the District of Columbia as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants hereby respectfully requests that this action be removed to this Court from the Superior Court for the District of Columbia and that it proceed in this Court as an action properly removed.

Respectfully submitted,

ECCLESTON AND WOLF, P.C.

  /s/
Justin M. Flint (#491782)
Abby A. Franke (#1030041)
1629 K Street, N.W., Suite 260
Washington, DC 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
franke@ewdc.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on February 27, 2020, a copy of the foregoing Notice of Removal was mailed first class, postage prepaid, to:

Jeffrey C. Seaman, #466509
Whiteford, Taylor & Preston LLP
111 Rockville Pike, Suite 800
Rockville, Maryland 20852


David Daneman, #467386
Whiteford, Taylor & Preston LLP
Seven St. Paul Street, Suite 1500
Baltimore, Maryland 21202-1636

*Counsel for Plaintiff Sullivan*

                                                                               /s/
                                                      Abby A. Franke (#1030041)